UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CHRISTOPHER HAMILTON,<br><br>    Plaintiff,<br><br>    v.<br><br>RONALD DAVIS, et al.,<br><br>    Defendants. | Case No. 23-cv-06620-VC<br><br>**ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT**<br><br>Re: Dkt. No. 25 |

Hamilton's Motion for Relief from Judgment is denied because Hamilton's arguments were addressed in the Court's dismissal order, *see* Dkt. No. 23, and he has not otherwise shown he is entitled to relief under Federal Rule of Civil Procedure 60(b).

**IT IS SO ORDERED.**

Dated: June 20, 2024

_____
VINCE CHHABRIA
United States District Judge